# EXHIBIT 1

(Sound Recording)

**LODGED SEPARATELY PURSUANT TO L.R. 5-4.2**