# EXHIBIT 2

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**SRu 1-646-991**

**Effective Date of Registration:**
July 21, 2026

**Registration Decision Date:**
July 22, 2026

## Title

**Title of Work:** audio 5 [2026-01-25 144441]

## Completion/Publication

**Year of Completion:** 2026

## Author

- **Author:** Aviel Calev Hirschfield
  **Author Created:** sound recording, lyrics and music
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Aviel Calev Hirschfield
11766 Wilshire Blvd., Ste. 750, Los Angeles, CA, 90025

## Certification

**Name:** Lex Conboy
**Date:** July 21, 2026

**Correspondence:** Yes