AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION ☐ APPEAL | | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO.<br>2:26-cv-12115 JVS | DATE FILED<br>10/16/2026 | UNITED STATES DISTRICT COURT<br>Central District of California<br>350 W. 1st Street<br>Los Angeles, CA 90012 |

| PLAINTIFF | DEFENDANT |
|---|---|
| AVIEL CALEV HIRSCHFIELD | AUBREY DRAKE GRAHAM, pka Drake, an individual, OVO SOUND LLC, a California limited liability company, UMG RECORDINGS, INC., a Delaware corporation, UNIVERSAL MUSIC PUBLISHING, INC., a California corporation, and DOES 1-20, inclusive, |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 SRu 1-646-991 | audio 5 [2026-01-25 144441] | Aviel Calev Hirschfield |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OR WORK** |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☒ Order ☐ Judgment | ☐ Yes ☒ No | 10/27/2026 |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Brian D. Karth | Evelyn Synagogue | 10/27/2026 |

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

KINSELLA HOLLEY ISER KUMP STEINSAPIR LLP
GREGORY P. KORN (SBN 205306)
gkorn@khiks.com
JONATHAN STEINSAPIR (SBN 226281)
jsteinsapir@khiks.com
LEX CONBOY (SBN 345251)
lconboy@khiks.com
11766 Wilshire Boulevard, Suite 750
Los Angeles, California 90025
Telephone: 310.566.9800
Facsimile: 310.566.9850

Attorneys for Plaintiff Aviel Calev Hirschfield

KINSELLA HOLLEY ISER KUMP STEINSAPIR LLP
11766 WILSHIRE BOULEVARD, SUITE 750
LOS ANGELES, CALIFORNIA 90025
TEL 310.566.9800 • FAX 310.566.9850

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

AVIEL CALEV HIRSCHFIELD, an individual,

Plaintiff,

vs.

AUBREY DRAKE GRAHAM, pka Drake, an individual, OVO SOUND LLC, a California limited liability company, UMG RECORDINGS, INC., a Delaware corporation, UNIVERSAL MUSIC PUBLISHING, INC., a California corporation, and DOES 1-20, inclusive,

Defendants.

Case No. 2:26-cv-12115-JVS-SSCx

**NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)**

KINSELLA HOLLEY ISER KUMP STEINSAPIR LLP
11766 WILSHIRE BOULEVARD, SUITE 750
LOS ANGELES, CALIFORNIA 90025
TEL 310.566.9800 • FAX 310.566.9850

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Aviel Calev Hirschfield, by and through his counsel of record, hereby dismisses the action in its entirety without prejudice.

DATED: October 27, 2026

KINSELLA HOLLEY ISER KUMP STEINSAPIR LLP

By: [signature]
Gregory P. Korn
Attorneys for Plaintiff Aviel Calev Hirschfield